**Amanda E. Lee**, *Pro Hac Vice*
lee@sgb-law.com
**Jeffery P. Robinson**, *Pro Hac Vice*
robinson@sgb-law.com
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622-8000
Fax: (206) 682-2305

Local Counsel:
**Kelly R. Beckley**, OSB #74031
kbeckley@beckleyandlongtin.com
P.O. Box 11098
Eugene, OR 97440
(541) 683-0888
Fax: (541) 683-0889

Attorneys for Defendant McGowan

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL GERARD McGOWAN,<br><br>Defendant. | Case No. CR 06-60124-AA<br><br>[PROPOSED] ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE |

THE COURT having reviewed the request submitted by Mr. McGowan for modification of his conditions of release and considered the approval of the Government and Pretrial Services,

IT IS NOW ORDERED that the conditions of release be modified as follows:

Mr. McGowan shall be allowed to move out of his current residence, move into a new residence approved by Pretrial Services, live separately from his sister Lisa McGowan, and live with his wife Jennifer Synan (who has already been approved as a custodian).

//

//

All other conditions shall remain the same and in effect.

DATED this 14 day of February, 2007.

_____
The Honorable Ann Aiken
United States District Court Judge

Presented by:

*s/ Amanda E. Lee*
AMANDA E. LEE, WSBA #19970
JEFFERY P. ROBINSON, WSBA #11950
Counsel for Defendant McGowan